IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **STANLEY WILLIAMS,** | : | |
| Plaintiff, | :: | Civil Action No. |
| | : | 5:10-CV-211 (CAR) |
| v. | : | |
| **WANDA M. HOLSEY, BRAD P. SELLERS, JARVIS CULVER, WILLIAM B. MASSEE, and CHARLES GUERIN,** | : | |
| Defendant. | : | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc.7] that certain claims be dismissed from this action. The Magistrate Judge recommends that Plaintiff's claims arising out of his October 2007 arrest and his claims of false arrest, false imprisonment, and malicious prosecution against Defendant District Attorney Charles Guerin be dismissed. The Magistrate Judge further recommends that Plaintiff's claims arising out of his March 2009 probation revocation be dismissed without prejudice. No Objection to the Recommendation was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the Magistrate Judge is accordingly **ADOPTED** and **MADE THE ORDER OF THE COURT**. Any claims arising out of Plaintiff's October 2007 arrest and those against Defendant Guerin for false arrest, false imprisonment, and malicious prosecution are **HEREBY DISMISSED**. The claims arising from Plaintiff's March 2009 probation revocation are **DISMISSED without prejudice**.

SO ORDERED, this 20th day of October, 2010.

                                                  <u>S/ C. Ashley Royal</u>
                                                  C. ASHLEY ROYAL, JUDGE
                                                  UNITED STATES DISTRICT COURT

jlr