IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **STANLEY WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action No.** |
| v. | : | **5:10-CV-211-CAR-CHW** |
| | : | |
| **WANDA M. HOLSEY, et al.,** | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION**

Currently before the Court is the United States Magistrate Judge's Recommendation [Doc. 48] that both Defendant Guerin's Motion to Dismiss [Doc. 13] and Defendants William and Massey's Motion for Summary Judgment [Doc. 39] be **GRANTED**.  A copy of the Recommendation was forwarded to Plaintiff, but returned as non-deliverable.  (<u>See</u> Docket at 50).  It appears that Plaintiff has been released from custody and failed to notify the Court of a change in his mailing address. Plaintiff, however, was clearly informed of his duty to promptly advise the Court of any change of address:

> **DUTY TO ADVISE OF ADDRESS CHANGE**
> During the pendency of this action, each party shall at all times keep the Clerk of this court and all opposing attorneys and/or parties advised of his current address.  **FAILURE TO PROMPTLY ADVISE THE CLERK OF ANY CHANGE OF ADDRESS MAY RESULT IN THE DISMISSAL OF A PARTY'S PLEADINGS FILED HEREIN!**

(Order, July 7, 2010 [Doc. 7]).  The Court thus finds that Plaintiff, by his failure to advise the Court of his most recent address change, has waived his right to file an objection to the Magistrate Judge's Recommendation.

Moreover, having fully considered the Recommendation, the facts of this case, and the relevant law, the Court finds no error in the Magistrate Judge's findings or conclusions. The Court thus accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge, and the Recommendation [Doc. 48] of the United States Magistrate Judge is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 22nd day of September 2011.

S/   C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

jlr